# ZEMAN & WOMBLE, LLP

KEN WOMBLE  
20 VESEY STREET, RM 400  
NEW YORK, NY 10007

P  (718) 514 - 9100  
F  (917) 210 - 3700  
WOMBLE@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

February 11, 2021

BY ECF & EMAIL  
Hon. Jesse M. Furman  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, NY 10007

      Re:    *United States v. Christopher Bullock*  
               18 Cr. 528 (JMF)

Dear Judge Furman:

      I write on behalf of Christopher Bullock, currently incarcerated at FCI Fairton, New Jersey. The BOP reports that over 270 inmates at Fairton have tested positive for COVID since the beginning of the pandemic.

      I represented Mr. Bullock in the above-referenced matter pursuant to Criminal Justice Act 18 U.S.C. §3006A, from the inception of his case through sentencing. Mr. Bullock was sentenced to 54 months incarceration by Your Honor on December 5, 2019.

      I respectfully request CJA reappointment to allow us to submit a motion requesting compassionate release, as well as a motion requesting, in the alternative, a reduction to Mr. Bullock's sentence pursuant to *United States v. Brooker*, No. 19-3218, WL 5739712 (2d Cir. Sept. 25, 2020).

      Thank you for your consideration of this request.

Respectfully Submitted,

*Ken Womble*

Ken Womble  
Zeman & Womble, LLP

Cc: AUSA Jacob Gutwillig

Application GRANTED. The Clerk of Court is directed to terminate Doc. #337. SO ORDERED.

February 11, 2021